UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JASON WHITE,
ADC #144276                                                                                        PLAINTIFF

V.                                    3:15CV00351 JM/JTR

LEE FERGUS,
Circuit Court Judge, et al.                                                              DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a de novo review of the record in this case, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. This case is dismissed with prejudice.

2. Dismissal constitutes a strike. *See* 28 U.S.C. § 1915(g).

3. It is certified that an *in forma pauperis* appeal from this Order would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Dated 19th day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE