# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

JASON WHITE,
ADC #144276                                                                                                                                              PLAINTIFF

V.                                         3:15CV00351 JM/JTR

LEE FERGUS,
Circuit Court Judge, et al.                                                                                                     DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed with prejudice.

Dated 19th day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE