## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JASON WHITE,
ADC #144276                                                                    PLAINTIFF

V.                                    3:15CV00351 JM/JTR

LEE FERGUS,
Circuit Court Judge, et al.                                                    DEFENDANTS

### ORDER

Pending is Plaintiff's motion filed on November 23, 2015 (Docket No. 8) in which he objects, again, to the Recommended Disposition filed on November 13, 2015 (Docket No. 4). The Court has previously adopted the Recommended Disposition over Plaintiff's objection and declines to reconsider that decision. Plaintiff's motion (Docket No. 8) is denied.

IT IS SO ORDERED.

Dated 1st day of December, 2015.

_____
UNITED STATES DISTRICT JUDGE